No. 169. WABASH RAILROAD COMPANY *v.* BOARD OF REVIEW OF COOK COUNTY, ILLINOIS. Error to the Su-

preme Court of the State of Illinois. January 18, 1921. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. E. Marvin Underwood* and *Mr. La Rue Brown* for plaintiff in error. *Mr. Edward J. Brundage* for defendant in error.